**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **NATHAN CAFFEY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ROBBINS WRECKER SERVICE, LLC, *et al.*,**<br><br>**Defendants.** | **Case No. 25-CV-332-JFH-JAR** |

**ORDER**

Before the Court is the Report and Recommendation [Dkt. No. 44] of United States Magistrate Judge Jason A. Robertson, who recommends that:

(1) Defendant Robbins Wrecker Service LLC's Motion to Dismiss [Dkt. No. 17] be granted, and Plaintiff Nathan Caffey's claims against Defendant Robbins be dismissed without prejudice for lack of subject-matter jurisdiction;

(2) Defendant Cherokee Nation District Court's ("CNDC") Motion to Dismiss [Dkt. No. 21] be granted, and Plaintiff's claims against CNDC be dismissed with prejudice based on tribal sovereign immunity; and

(3) Defendant Grand River Dam Authority Police's ("GRDA") Motion to Dismiss [Dkt. No. 25] be granted, and Plaintiff's claims against GRDA be dismissed without prejudice for lack of subject-matter jurisdiction.

Neither party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendations and accepts and adopts it as the order of the Court. Accordingly, Plaintiff's claims against the Defendants are DISMISSED consistent with the Magistrate Judge's recommendations.

IT IS SO ORDERED this 9th day of October, 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE